UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN OWENS,<br><br>  Plaintiff,<br><br>v.<br><br>D. FUGATE,<br><br>  Defendant. | Case No. 21-cv-02917-HSG<br><br>**ORDER GRANTING REQUEST TO RESET BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 16 |

Good cause being shown, the parties' joint request to reset the briefing schedule is GRANTED. Defendant Fugate shall file his dispositive motion by November 16, 2021. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendant Fugate no later than December 14, 2021. Defendant Fugate's reply brief is due fourteen days from the time the Court files Plaintiff's opposition on the Court's electronic docket.

Defendants Bellinger, Frawley and Sherman are DISMISSED from this action. In the Court's July 15, 2021 screening order, the Court dismissed with leave to amend the First Amendment retaliation claim against defendants Bellinger, Frawley, and Sherman. The Court instructed Plaintiff that if he wished to amend his claim against these defendants, he must file an amended complaint by July 13, 2021. Dkt. No. 7 at 4-6. Plaintiff was instructed that the failure to file an amended complaint in the time provided would result in the dismissal of these defendants from this action without further notice to Plaintiff. The Clerk shall terminate defendants Bellinger, Frawley, and Sherman from this action.

//

//

//

This order terminates Dkt. No. 16.

**IT IS SO ORDERED.**

Dated: 9/21/2021

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge