UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN OWENS,

          Plaintiff,

   v.

D. FUGATE,

          Defendant.

Case No. 21-cv-02917-HSG

**ORDER OF DISMISSAL WITH PREJUDICE**

Re: Dkt. No. 25

Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On April 27, 2022, the parties filed a stipulated dismissal of the entire case pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which states as follows:

> In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties notify the Court that they have executed an agreement to settle this case and request that this case be dismissed, with prejudice.

> Each party shall bear its own litigation costs and attorney's fees.

> It is so stipulated.

Dkt. No. 25. The stipulation is signed by both Plaintiff and counsel for Defendant. *Id.*

Accordingly, IT IS HEREBY ORDERED THAT this entire action, and Defendant, are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 4/29/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California